**Motion Granted; Affirmed and Memorandum Opinion filed January 31, 2013.**



In The

# Fourteenth Court of Appeals

### NO. 14-12-00370-CR

## ANTHONY RAHMON SUTTON, Appellant

## V.

## THE STATE OF TEXAS, Appellee

### On Appeal from the 180th District Court
### Harris County, Texas
### Trial Court Cause No. 1292456

## M E M O R A N D U M   O P I N I O N

Appellant entered a plea of guilty to credit card abuse. On February 23, 2012, the trial court sentenced appellant to confinement for six months in the State Jail Division of the Texas Department of Criminal Justice. Appellant filed a timely notice of appeal.

Appellant's appointed counsel filed a brief in which she concludes that the appeal is wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396 (1967), by presenting a

professional evaluation of the record and demonstrating why there are no arguable grounds to be advanced. *See High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978).

A copy of counsel's brief was delivered to appellant. Appellant was advised of the right to examine the appellate record and file a pro se response. *See Stafford v. State*, 813 S.W.2d 503, 512 (Tex. Crim. App. 1991). As of this date, more than sixty days has passed and no pro se response has been filed.

We have carefully reviewed the record and counsel's brief and agree the appeal is wholly frivolous and without merit. Further, we find no reversible error in the record. We are not to address the merits of each claim raised in an *Anders* brief or a pro se response when we have determined there are no arguable grounds for review. *See Bledsoe v. State*, 178 S.W.3d 824, 827–28 (Tex. Crim. App. 2005).

Accordingly, the judgment of the trial court is affirmed.

PER CURIAM

Panel consists of Chief Justice Hedges and Justices Boyce and Donovan.
Do Not Publish — Tex. R. App. P. 47.2(b).